437 A.2d 1016

Paul L'Esperance, Inc., Appellant v. Wunder.
Reargument Denied Dec. 16, 1981.
Petition for Allowance of Appeal Denied June 30, 1982.

 Argued May 13, 1981. William L. McLaughlin, for appellant; David L. Marshall, for appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Order is affirmed.